

2010 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

11-22-2010

# USA v. Gregory Woods

Precedential or Non-Precedential: Non-Precedential

Docket No. 09-4592

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2010

Recommended Citation

"USA v. Gregory Woods" (2010). *2010 Decisions.* Paper 224.
http://digitalcommons.law.villanova.edu/thirdcircuit_2010/224

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2010 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

NOT PRECEDENTIAL

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 09-4592
_____

UNITED STATES OF AMERICA

v.

GREGORY WOODS,

Appellant
_____

On Appeal from the United States District Court
For the Middle District of Pennsylvania
(D.C. Criminal Action No. 3-06-cr-00063-001)
District Judge:  Honorable A. Richard Caputo
_____

Submitted Under Third Circuit LAR 34.1(a)
November 17, 2010
_____

Before:  AMBRO, FISHER, and GREENBERG, Circuit Judges

(Opinion filed:  November 22, 2010)
_____

OPINION
_____

AMBRO, Circuit Judge

    Gregory Woods, who pled guilty to one count of a multi-count drug-related

indictment pursuant to a plea agreement, now seeks to withdraw that plea.  He claims the

drugs involved belonged to another, and produced an affidavit of his alleged co-conspirator to support that claim.

The District Court, per Judge Caputo, dealt thoroughly with Woods' claims, so much so that we have nothing to add to the Court's analysis, and thus affirm.